## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Golden IP LLC,** | **Case No.  1:21-cv-00797-MN** |
| **Plaintiff,** | **Patent Case** |
| v. | **Jury Trial Demanded** |
| **Vimeo.com, Inc.,** | |
| **Defendant.** | |

### JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Golden IP LLC ("Plaintiff") and Defendant Vimeo.com, Inc. ("Defendant") submit this Joint Stipulation and Order of Dismissal in the above-captioned action.  All of the claims Plaintiff raised in the case, and all claims that it reasonably could have raised, are dismissed with prejudice. Defendant's counterclaims are dismissed without prejudice.  Each party shall bear its own costs and expenses relating to this litigation.

GAWTHROP GREENWOOD, PC

/s/David W. deBruin
David W. deBruin (No. 4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
Phone: 302-777-5353
ddebruin@gawthrop.com

*Attorney for Plaintiff*
*Golden IP LLC*


FISH & RICHARDSON P.C.

/s/Jeremy D. Anderson
Jeremy D. Anderson (No. 4515)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Phone: (302) 658-5070
janderson@fr.com

*Attorneys for Defendant*
*Vimeo.com, Inc.*


Dated: August 10, 2021

SO ORDERED this _____day of _____2021.


_____
United States District Judge